JOHN BURKE, Respondent, v. JOSEPH B. GLASCOTT, Appellant, and PAUL LOBLOFF, Defendant.— Judgment affirmed, with costs. All concur.

PETER DEMOCKER and Another, Respondents, v. ASSOCIATED GAS AND ELECTRIC COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. Memorandum. Despite plaintiffs' allegation that they have no adequate remedy at law, we find a sufficient statement of two law actions, one for the recovery of purchase money after an alleged rescission of a contract of sale and another for money damages in an action for deceit. The demand for equitable as well as legal relief does not require a dismissal of the complaint. (*Saperstein* v. *Mechanics & Farmers Sav. Bank*, 228 N. Y. 257, 261, 262.) All concur.

In the Matter of the DOLLAR DAMP WASH LAUNDRY, INC., a Corporation, for Voluntary Dissolution.— Order affirmed, with costs. All concur.

MAUD C. REED, Individually and as Executrix, etc., of JOHN F. REED, Deceased, Appellant, v. BUSH-HAULAGE COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

JOSEPH SIRIANNI, Respondent, v. BALTIMORE AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that the defendant waived the condition of the policy that " this entire policy shall be void, unless otherwise provided by agreement in writing added hereto, * * * if the subject of insurance be a building on ground not owned by the insured in fee simple," is against the weight of the evidence. All concur.

JOSEPH SIRIANNI, Respondent, v. GEORGIA HOME INSURANCE COMPANY OF COLUMBIA, GEORGIA, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that the defendant waived the condition of the policy that " this entire policy shall be void, unless otherwise provided by agreement in writing added hereto, * * * if the subject of insurance be a building on ground not owned by the insured in fee simple," is against the weight of the evidence. All concur.

JOSEPH SIRIANNI, Respondent, v. BOSTON INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the finding that the defendant waived the condition of the policy that " this entire policy shall be void, unless otherwise provided by agreement in writing added hereto, * * * if the subject of insurance be a building on ground not owned by the insured in fee simple," is against the weight of the evidence. All concur.

HARRY WILLIAMSON, Respondent, v. HURWITZ BROS. IRON AND METAL CO., INC., Appellant.— Judgment affirmed, with costs. All concur.

GEORGE ATKINSON, as Guardian ad Litem of MARGARET ATKINSON, an Infant, Respondent, v. ANTHONY CARPINELLO, Appellant.— Judgment and order affirmed, with costs. All concur.

GEORGE ATKINSON, Respondent, v. ANTHONY CARPINELLO, Appellant.— Judgment and order affirmed, with costs. All concur.

In the Matter of the Application of HOWARD R. LORISH and Another for a